**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Curtis Lee WATSON, Defendant–
Appellant.**

No. 02–7617.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Curtis Lee Watson, Appellant Pro Se. Lea Ann Carlisle, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Curtis Lee Watson appeals the district court's order denying his "Motion for Lifting of the Current Federal Detainer." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Watson,* No. CR–88–201–A (E.D.Va. Oct. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*